OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**1/28/2015**

**HERNANDEZ, DONALD CHRISTOPHER**

**PD-1160-14**

COA No. 12-13-00043-CR
Tr. Ct. No. 9946-A

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 28 2015

TYLER TEXAS
CATHY S. LUSK, CLERK